# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TAMMY HULSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| | ) NO. 5:21-CV-00120-MTT |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tammy Hulsey and Defendant Life Insurance Company of North America hereby stipulate that this action shall be and the same is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

Respectfully submitted this the 24th day of November, 2021.

| | |
|---|---|
| /s/ Heather K. Karrh | /s/ Brendan H. White |
| Heather K. Karrh | Aaron E. Pohlmann |
| Georgia Bar No. 408379 | Georgia Bar No. 582685 |
| | Brendan H. White |
| Attorney for Plaintiff | Georgia Bar No. 458315 |
| | |
| ROGERS, HOFRICHTER & KARRH, LLC | Attorneys for Defendant |
| 225 S. Glynn Street | WOMBLE BOND DICKINSON (US) LLP |
| Suite A | |
| Fayetteville, Georgia 30214 | 271 17th Street, NW, Suite 2400 |
| (770) 460-1118 | Atlanta, GA 30363-1017 |

WBD (US) 49482863v1

hkarrh@rhkpc.com                              (404) 872-7000 (telephone)
                                              (404) 888-7490 (facsimile)
                                              aaron.pohlmann@wbd-us.com
                                              brendan.white@wbd-us.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 24th day of November, 2021.

/s/ *Brendan H. White*
Brendan H. White
Georgia Bar No. 458315